## Jacksonville Bus Line Company, Plaintiff-Appellant, v. Herbert Watson, Defendant-Appellee.

### Gen. No. 9,855. ■■■■■■

■■■■■■■■■■■■■■■■ Jenkins, Olsen & Cantrill, for appellant; Harold G. Talley, and Manuel M. Wiseman, for appellee. Opinion by JUSTICE O'CONNOR. Not to be published in full. Opinion filed January 29, 1953; rehearing denied March 18, 1953; released for publication March 18, 1953.

## John Gulan, Appellee, v. Robert Gabriel, Appellant.

### Gen. No. 45,893. ■■■■■■

■■■■■■■■■■■■■■■■ Clausen, Hirsh & Miller, for appellant; Croke, Petrucelli, O'Brien & Mullen, for

appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full. Opinion filed February 10, 1953; released for publication March 24, 1953.

## William Henry, Trading as Wilane Trading Company, Appellee, v. Ben Maltz, Marshall Maltz, and Rose Maltz, Trading as Chicago Watch House, Appellants.

Gen. No. 45,858.

Weinzelbaum & Randolph, and Simon Herr, for appellants; Simon Herr, of counsel; Marks, Marks & Kaplan, for appellee; Robert Marks, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed February 10, 1953; rehearing denied February 26, 1953; released for publication March 24, 1953.

## Ted Manczko et al., Appellants, v. Agnes Moberg et al., Appellees.

Gen. No. 45,941.